# United States District Court

## MIDDLE DISTRICT OF ALABAMA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

A Express Mail package addressed to:
Demetrius Nix
5736 Gaslight Curve #1B
Montgomery, AL 36116 bearing label
ED 698304362 US

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 2:05mj73-CSC

I, _____ J. D. Tynan _____ being duly sworn depose and say:

I am a(n) _____ United States Postal Inspector _____ and have reason to believe
                        Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

An express mail package addressed to Demetrius Nix, 5736 Gaslight Curve #1B, Montgomery, AL 36116 with the return address of Tyrone Nix, 1821 Glencrest, Anaheim, CA 92801, bearing label ED 698304362 US.

in the _____ Middle _____ District of _____ Alabama _____
there is now concealed a certain person or property, namely (describe the person or property)

controlled substances

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

contraband, the fruits of a crime or thing otherwise criminally possessed,

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and 843(b) _____ .
The facts to support the issuance of a Search Warrant are as follows:

See ATTACHMENT 1

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

J. D. Ty—
Signature of Affiant

Sworn to before me, and subscribed in my presence

MAY 20, 2005
Date

at MONTGOMERY, ALABAMA
City and State

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The undersigned, being duly sworn on oath, deposes and says:

1.  I, James D. Tynan, have been a United States Postal Inspector for three years. I am currently assigned to the U.S. Postal Inspection Service Office in Montgomery, AL. I investigate incidents where the United States Mails are used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, heroin, and steroids in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716. The following information has been obtained by me personally or has been provided to me by other law enforcement officers and postal employees.

2.  Prior investigations by U.S. Postal Inspectors have determined that the U.S. Mails are being used to transmit controlled substances and proceeds from the sale of controlled substances.

3.  This investigation was initiated based on information provided to me on May 19, 2005, from Postal Inspector Stephen Mathews, Birmingham, AL. Mathews received a phone call from Postal Inspector Suzan Felando, Los Angeles, CA, who stated that one piece of Express Mail, was going to Demetrius Nix, 5736 Gaslight Curve #1B, Montgomery, AL 36116 was oversized and weighed approximately 28 lbs. Inspector Felando stated the return address written on the label came back to a 900 unit apartment complex, but there was no apartment listed on the package. Inspector Felando searched the names listed with the apartment complex and compared them with the Tyrone Nix name written on the return address; the search met with negative results. Inspector Felando checked the listed phone number and stated it was a real number, but could not find a name associated with the phone number. Inspector Mathews had Inspector Felando send the parcel to Birmingham, AL. The package was sent via Express Mail ED359176266US.

4.  On May 20, 2005, Inspector Tynan received the parcel from Postal Inspector Tyrone Aaron, who transported the parcel from the Birmingham Processing and Distribution Center to me in Montgomery, AL. After inspecting the parcel, I saw the parcel was mailed from Cypress, CA 90630 and not Anaheim, CA 92801 as written on the package. The parcel is further described as follows:

```
a. Express Mail No.:      ED 698304362 US
b. Mailing Date:          May 19, 2005
```

1

```
c. Addressed to:          Demetrius Nix
                          5736 Gaslight Curve #1B
                          Montgomery, AL 36116

d. Return Address:        Tyrone Nix
                          1821 Glencrest
                          Anaheim, CA 92801

e. Class of Mail:         Express Mail

f. Postage Affixed:       $63.55

g. Size:                  Approx. 18" X 18" X 15 1\2"

h. Weight:                Approx. 28 lbs.

i. Wrapping:              One heavily taped oversized brown box
```

    5.    On May 20, 2005, I spoke with the letter carrier for the route, from the South Station, who stated the surname of Nix receives mail at 5736 Gaslight Curve #1B, Montgomery, AL 36116; however the carrier stated this person appears to sort through the mail and take only what they want. Neither the carrier, nor myself, are aware of any business operating out of the aforementioned address. As a note, businesses will typically type their return labels; this label was hand written. Based on my training and experience drug traffickers will often utilize the U. S. Express Mail because of overnight delivery with tracking capabilities.

    6.    On May 20, 2005, trained narcotics dog handler Francisco Aponte and his narcotics detector dog "Pyro" conducted an exterior inspection of the above-described package, the dog alerted, indicating the package contained the scent of controlled substances. At this time Inspector Tynan took possession of the parcel.

    7.    I have been advised of the qualifications of the dog handler and his narcotics detector dog, which is more fully described in Attachment "A", which is filed in conjunction herewith and incorporated by reference herein.

    8.    Based on my training and experience and the facts set forth in this affidavit, I submit there is probable cause to believe that controlled substances are being concealed in the afore-mentioned mail article which is described in paragraph 4, and seek the issuance of a search warrant directing the search of said package, the seizure of said mail article, any controlled substance(s) contained therein, and any enclosed materials relating to the distribution of controlled substances.

9. The package has been maintained unopened in the custody of U. S. Postal Inspectors pending application for a search warrant.



J. D. Tynan

Postal Inspector

Sworn to and subscribed before me this
20th day of May, 2005, at
Montgomery, AL.

_____
Charles S. Coody
United States Magistrate Judge

3

**Attachment "A"**

"Pyro" is a male Belgium Malinois, approximately four years old and has been working as a narcotics detector dog since approximately May 1, 2003. He was trained and certified by Montgomery County Sheriff's Office Trainer Thomas D. Davis, K-9 Deputy, Montgomery County Sheriff's Office, Montgomery, Alabama. "Pyro" is certified to detect cocaine, crack, heroin, methamphetamine, and marijuana. He has successfully alerted approximately 16 times.

K-9 Investigator Francisco M. Aponte has been a canine officer with the Montgomery Housing Authority since May 2003, and is currently assigned to the Montgomery, AL HITDA Drug Task Force. Aponte has been a law enforcement officer since approximately 1998. He has worked a narcotics detector dog since January 2002, and has worked "Pyro" since approximately May 2003.