# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| May 20, 2005 | May 20, 2005 3:56 pm | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

J.D. Tynan, J. Herman, F. Aponte, T. Brown, B. Diamond, T. Coram

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

CARDBOARD
PACKING NOODLES
EMPTY BOX
3 GREEN/WHITE CHECKERED BOXES W/ PICTURE FRAMES
1 BLUE METAL BOX W/ MATCHES + WOODEN STICK
1 PINK METAL BOX W/ MATCHES + WOODEN STICK
1 GREEN CANDLE
6 SMALL GREEN CANDLES IN A BOX
2 PINK BOXES W/ 9 CANDLES / BOX
1 YELLOW PLASTIC SHOPPING BAG
1 WHITE PLASTIC SHOPPING BAG
GREEN CELLOPHANE
PURPLE WAX

ROUND CANDLE
 - 2 BUNDLES OF SUSPECTED MARIJUANA APPROX. 1.39 LBS. + 1.58 LBS.

1ST CONE CANDLE
 - 1 BUNDLE OF SUSPECTED MARIJUANA APPROX. 1.38 LBS.

2ND CONE CANDLE
 - 2 BUNDLES OF SUSPECTED MARIJUANA APPROX. 1.47 LBS. + .49 OZ.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_J. D. T._

Subscribed, sworn to, and returned before me this date.

_U.S. Judge or Magistrate_        May 27, 2005